UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARTIN J. WALSH**, | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | Misc. Case No.: 20-cv-02678 |
| Petitioner, | ) | |
| | ) | Judge: Martha M. Pacold |
| v. | ) | |
| | ) | Magistrate Judge: Jeffrey Cole |
| **LA BOMBA FOOD RESTAURANT,** | ) | |
| **INC.,** | ) | |
| | ) | |
| Respondent. | ) | |

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Petitioner Martin J. Walsh, Secretary of Labor, U.S. Department of Labor ("Secretary") and Respondent La Bomba Food Restaurant, Inc. ("Respondent") pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby submits this joint stipulation of dismissal, effective with the filing of this document, the above-captioned action is dismissed without prejudice. Respondent and owner Wilson Torres represent they have provided all documents responsive to the subpoena in their possession as identified by the affidavits filed at

ECF Nos. 84, 85, and 87.

                                            Respectfully submitted,

                                            **SEEMA NANDA**
                                            Solicitor of Labor

                                            **CHRISTINE Z. HERI**
P.O. Address:                              Regional Solicitor

                                            <u>s/Kevin M. Wilemon</u>
Office of the Solicitor                  **KEVIN M. WILEMON**
U.S. Department of Labor           Senior Trial Attorney
230 S. Dearborn St., Room 844
Chicago, IL 60604                        Attorneys for **MARTIN J. WALSH**
Telephone No.: 312/353-6973       Secretary of Labor
Fax No.: 312/353-5698                U.S. Department of Labor
E-mail: wilemon.kevin@dol.gov     Petitioner


                                            <u>s/Louis G. Atsaves</u>
                                            **LOUIS G. ATSAVES**
                                            Attorney At Law
                                            Louis G. Atsaves, Ltd.
                                            200 West Jackson Boulevard
                                            Suite 1050
                                            Chicago, IL 60606
                                            312/322-0001
                                            atsaves@aol.com

                                            Attorney for **LA BOMBA FOOD RESTAURANT, INC.**